Decided November 18, 1999

MICHAEL CONNAIR *v.* CITY OF NEW HAVEN

The plaintiff's petition for certification for appeal from the Appellate Court, 55 Conn. App. 129 (AC 18175), is denied.

*Brian W. Prucker,* in support of the petition.

Decided November 18, 1999